RECEIVED
IN ALEXANDRIA, LA
MAY 12 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ERICA OWENS | CIVIL ACTION 08-1635 |
| VERSUS | U.S. DISTRICT JUDGE TRIMBLE |
| MICHAEL J. ASTRUE, Commissioner | U.S. MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that attorney's fees in the amount of $4403.75 be awarded and are ordered paid.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 12th day of May, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE